TUCKER ELLIS LLP
Howard A. Kroll - SBN 100981
howard.kroll@tuckerellis.com
David J. Steele - SBN 209797
david.steele@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071-2223
Telephone:   213.430.3400
Facsimile:    213.430.3409

PIRKEY BARBER PLLC
Stephen P. Meleen (*pro hac vice*)
smeleen@pirkeybarber.com
Elizabeth M. Stafki (*pro hac vice*)
estafki@pirkeybarber.com
600 Congress Avenue, Suite 2120
Austin, TX  78701
Telephone: 512. 322.5200
Facsimile:   512.322.5201

Attorneys for Plaintiff
7-ELEVEN, INC.

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 7-ELEVEN, INC. | ) Case No. 8:16-cv-0612  JVS (JCGx) <br> ) <br> ) **CONSENT JUDGMENT** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |
| Plaintiff, | |
| v. | |
| ITSS LLC d/b/a 7-24 HOURS C STORE; AMRO MOHAMMED AHMED, and YOULAN HE | |
| Defendants. | |

The parties have agreed to resolve this lawsuit through entry of this Consent Judgment.  The Court has reviewed the findings and order set forth below and believes they are appropriate and should be entered.

1. This is an action for trademark infringement, dilution, and unfair competition under the Trademark Act of 1946, as amended, 15 U.S.C. § 1051 *et seq.*

("Lanham Act"), and for trademark infringement, unfair competition, dilution, and unjust enrichment under the laws of the State of California.

2.　　This Court has jurisdiction over this action under Section 39 of the Lanham Act, 15 U.S.C. § 1121, and Title 28 of the United States Code, §§ 1331 and 1338, and supplemental jurisdiction over 7-Eleven's claims under state law under 28 U.S.C. § 1367(a).

3.　　Plaintiff is a Texas corporation having its principal place of business at 3200 Hackberry Road, Irving, Texas 75063.

4.　　Defendant ITSS LLC d/b/a 7-24 Hours C Store is a California limited liability company having a business address at 2401 West Lincoln Avenue, Suite D, Anaheim, California 92801.

5.　　Defendant Amro Mohammed Ahmed is an owner of defendant ITSS LLC d/b/a 7-24 Hours C Store.

6.　　Defendant Youlan He is an owner of defendant ITSS LLC d/b/a 7-24 Hours C Store.

7.　　Since long before the acts of Defendants complained of herein, 7-Eleven has been engaged in the business of, among other things, offering convenience store services and products, either directly or through its licensees (collectively, "7-Eleven"), to the general public at various locations throughout the United States.

8.　　Since at least as early as 1946, 7-Eleven has continuously used the name and mark 7-ELEVEN in commerce in connection with a variety of products and services, including the sale and promotion of convenience store services and various other related products and services.

9.　　For many years 7-Eleven has frequently and continuously used the 7-ELEVEN name and mark in a stylized, multicolored logo format. A common display of the logo, shown below, features the text "ELEVEN" centered across a large numeral "7" with a curved vertical shank (the "7-ELEVEN Logo"). The 7-ELEVEN Logo is typically displayed in a combination of orange, red, green, and white, as shown below.



10. The 7-ELEVEN Logo is displayed, among other places, on signage for its convenience stores and gas stations.

11. There are currently over 7,500 convenience stores throughout the United States operated by 7-Eleven under 7-Eleven's 7-ELEVEN name and mark, many of which use the 7-Eleven Logo (7-Eleven's 7-ELEVEN name and mark and 7-ELEVEN Logo are referred to collectively as "the 7-Eleven Marks").

12. 7-Eleven has annually sold billions of dollars of products and services in the U.S. in its 7-ELEVEN stores under its 7-ELEVEN Marks, and has annually spent millions of dollars advertising and promoting those products and services under the 7-ELEVEN Marks. As a result, 7-Eleven has developed goodwill, public recognition, and strong rights in its 7-ELEVEN Marks, which consumers have come to know and trust as symbols of quality and value.

13. The 7-ELEVEN Marks are inherently distinctive, serving to identify and indicate the source of 7-Eleven's products and services to the consuming public, and to distinguish 7-Eleven's products and services from those of others.

14. Additionally and alternatively, as a result of 7-Eleven's frequent and widespread use and promotion of the 7-ELEVEN Marks, the marks have become distinctive to designate 7-Eleven's goods and services, to distinguish 7-Eleven's goods and services from the goods and services of others, and to distinguish the source or origin of 7-Eleven's goods and services.

15. As a result of extensive and widespread use and promotion by 7-Eleven, the 7-ELEVEN Marks have become extremely well known and widely recognized by

1 consumers in the State of California and throughout the United States to indicate the
2 source of 7-Eleven's goods and services.
3   16. As a result of 7-Eleven's extensive and widespread use and promotion of
4 the 7-ELEVEN Marks, 7-Eleven has developed valuable goodwill in the 7-ELEVEN
5 Marks.
6   17. The 7-ELEVEN Marks are famous.
7   18. 7-Eleven owns numerous federal trademark registrations for the 7-ELEVEN
8 Marks, including but not limited to the following:

| MARK | REG. NO. | DATE | GOODS OR SERVICES |
|---|---|---|---|
| [7-ELEVEN logo] | 718,016 | 07/04/1961 | Retail grocery service |
| 7-ELEVEN | 896,654 | 08/11/1970 | Retail grocery store service |
| [7-ELEVEN logo] | 920,897 | 09/21/1971 | Retail grocery store services |
| [7-ELEVEN logo] | 1,035,454 | 03/09/1976 | Sandwiches |
| [7-ELEVEN logo] | 1,288,594 | 08/07/1984 | Gasoline |
| [7-ELEVEN logo] | 1,402,425 | 07/22/1986 | Soft drinks for consumption on or off the premises |

4

| MARK | REG. NO. | DATE | GOODS OR SERVICES |
|---|---|---|---|
| 7-ELEVEN | 1,702,010 | 07/21/1992 | Coffee for consumption on or off the premises |
| [7-ELEVEN logo] | 2,642,740 | 10/29/2002 | Coffee for consumption on or off the premises; soft drinks and semi-frozen soft drinks for consumption on or off the premises |
| 7-ELEVEN | 2,685,684 | 02/11/2003 | Retail store services featuring gasoline and retail store services featuring convenience store items |
| [7-ELEVEN logo] | 2,834,419 | 04/20/2004 | Retail convenience store services |
| 7-ELEVEN | 2,914,788 | 12/28/2004 | Gasoline |
| 7-ELEVEN | 3,338,512 | 11/20/2007 | Gift card services |
| [striped 7 logo] | 3,644,842 | 06/23/2009 | Retail convenience store services featuring the sale of food and beverage products for consumption on or off the premises |
| [7-ELEVEN striped logo] | 3,679,337 | 09/08/2009 | Retail convenience store services featuring food and beverage products for consumption on or off the premises |
| [7-ELEVEN striped logo] | 3,679,341 | 09/08/2009 | Retail convenience store services featuring food and beverage products for consumption on or off the premises |

5

| MARK | REG. NO. | DATE | GOODS OR SERVICES |
|---|---|---|---|
| (orange, green, red stripes design) | 4,917,149 | 03/15/2016 | Retail convenience store services featuring food and beverage products for consumption on or off the premises |

These registrations are valid and subsisting, and, except for Trademark Registration 4,917,149, are incontestable, and therefore are conclusive evidence of the validity of those registered marks and of their registration, of 7-Eleven's ownership of those marks, and of 7-Eleven's exclusive right to use those marks in commerce under 15 U.S.C. § 1115(b).

19. Defendants own or operate a convenience store, located at 2401 West Lincoln Avenue, Suite D, Anaheim, California 92801 (the "Allegedly Infringing Site").

20. Defendants promote the products and services offered at the Allegedly Infringing Site under the name and mark "7-24 Hours" (the "7-24 HOURS Mark"). The 7-24 HOURS Mark is presented in a format allegedly highly similar to that used by 7-Eleven with its 7-ELEVEN Logo, featuring a large numeral "7" with a curved vertical shank partially bisected by the numeral "24," as shown immediately below (the "7-24 HOURS Design"). Allegedly similar to the 7-ELEVEN Logo, the 7-24 HOURS Design is depicted in the colors red, green, and white. The 7-24 HOURS Mark and the 7-24 HOURS Design are collectively referred to as the "7-24 HOURS Marks."



6



21. The 7-24 HOURS Design is prominently displayed at least on Defendants' signage at the Allegedly Infringing Site, as shown above in paragraph 20.

22. On May 18, 2015, Defendants filed application Ser. No. 86/633,359 to register the mark 7-24 HOURS CONVENIENCE STORE & Design (the "Applied-for Design" shown directly below) with the United States Patent and Trademark Office ("USPTO") under § 1(b) of the Lanham Act (the "Application") for "Bakery goods and dessert items, namely, cakes, cookies, pastries, candies, and frozen confections for retail and wholesale distribution and consumption on or off the premises; Bakery products; Beverages made of coffee; Beverages with a coffee base; Hot dog sandwiches; Pizza;

Pizza cheese sticks; Sandwiches; Turkey burger sandwiches" in Class 30 (the "Defendants' Goods").



23. The USPTO issued a notice of allowance on the Application on March 8, 2016.

24. 7-Eleven notified Defendants of its trademark rights, and attempted to resolve this dispute with Defendants prior to filing this lawsuit. Defendants have continued using the 7-24 HOURS Marks.

25. Defendants' use of the 7-24 HOURS Marks is without the permission or authority of 7-Eleven.

26. Defendants' use of the 7-24 HOURS Marks began after the 7-ELEVEN Marks became famous.

27. Defendants Amro Mohammed Ahmed and Youlan He are direct participants in and are a moving active conscious force behind the allegations of infringements, dilution, and unlawful acts detailed in the complaint.

28. Defendants' use of the 7-24 HOURS Marks is allegedly likely to cause confusion, to cause mistake, or to deceive customers and potential customers of the parties as to some affiliation, connection, or association of Defendants' business with 7-Eleven, or as to the origin, sponsorship, or approval of Defendants' goods and/or services.

29. Defendants' use of the 7-24 HOURS Marks falsely indicates to the purchasing public that Defendants, their business, and their goods or services originate with 7-Eleven, or are affiliated, connected, or associated with 7-Eleven, or are sponsored,

endorsed, or approved by 7-Eleven, or are in some manner related to 7-Eleven or its goods or services.

30. Defendants' use of the 7-24 HOURS Marks allegedly falsely designates the origin of Defendants' goods and services, and allegedly falsely or misleadingly describes and represents facts with respect to Defendants and their goods and services.

31. Defendants' use of the 7-24 HOURS Marks is allegedly likely to cause dilution of 7-Eleven's famous 7-ELEVEN Marks.

32. Defendants' use of the 7-24 HOURS Marks allegedly removes from 7-Eleven the ability to control the nature and quality of goods and services provided under its marks, and places the valuable reputation and goodwill of 7-Eleven in the hands of Defendants, over whom 7-Eleven has no control.

\#
\#
\#

9

It is therefore **ORDERED** that:

    a) On or before August 13, 2016, Defendants will file with the USPTO a request to amend the Application by replacing the Applied-for Design with one of the three design marks depicted directly below (the "New Design"). In the event that the USPTO does not allow the amendment of the Application, Defendants will promptly abandon the Application with prejudice. Defendants may then file a new trademark application for the New Design covering Defendants' Goods.



    b) Subject to paragraph c, as soon as possible, and no later than August 13, 2016, Defendants will cease all use of the 7-24 HOURS Design, the Applied-for Design, and any other allegedly confusingly similar design mark, and transition to the New Design;

10

c) Notwithstanding paragraph b, as soon as possible, and no later than September 13, 2016, Defendants will remove all signs attached to the exterior of the building at the Infringing Site;

d) Subject to paragraphs a–c, Defendants, Defendants' agents, servants, employees, attorneys, and all those persons in active concert or participation with them, are permanently enjoined from applying to register as a word mark or a design mark the 7-24 HOURS Mark, any element thereof, and any other name or mark confusingly similar thereto;

e) Subject to paragraphs a–c and e, Defendants, Defendants' agents, servants, employees, attorneys, and all those persons in active concert or participation with them, are permanently enjoined from using or applying to register any trademark, trade name, trade dress, company name, logo, slogan, or other source-identifying material that includes any of the following: (A) the word "seven" or "eleven"; (B) the numeral '7' or '11'; (C) a color combination employing two or more of the colors green, orange, and red; (D) a three-stripe design; or (E) a design mark consisting of a numeral bisected by a word or number;

f) Subject to Defendants' compliance with the terms of this Consent Judgment, 7-Eleven will not challenge Defendants' use of "7-24 Hours" as the name of Defendants' convenience store, located at 2401 West Lincoln Avenue, Suite D, Anaheim, California 92801;

11

g) This is a final judgment, and the parties waive all right to appeal from such final judgment;

h) The Court will retain jurisdiction over this Consent Judgment for the purpose of enforcing it and resolving any disputes arising under it; and

i) Any violation of this Consent Judgment may be punishable as a contempt of Court, in addition to any and all other remedies available at law or in equity.

Signed this 15th day of July, 2016.

_____
United States District Judge

**AGREED AND ENTRY REQUESTED:**

Stephen P. Meleen *(admitted pro hac vice)*
Elizabeth Stafki *(admitted pro hac vice)*
PIRKEY BARBER PLLC
600 Congress Avenue, Suite 2120
Austin, TX 78701
Telephone: (512) 322-5200
Facsimile: (512) 322-5201
smeleen@pirkeybarber.com
estafki@pirkeybarber.com

Howard A. Kroll, #100981
TUCKER ELLIS LLP
515 South Flower Street, 42nd Floor
Los Angeles, CA 90071
Telephone: (213) 430-3365
Facsimile: (213) 430-3409
Howard.Kroll@tuckerellis.com

Attorneys for Plaintiff 7-Eleven, Inc.

_____
Amro Mohammed Ahmed *(Pro Se)*
2401 West Lincoln Avenue, Suite D
Anaheim, CA 92801

_____
Youlan He *(Pro Se)*
2401 West Lincoln Avenue, Suite D
Anaheim, CA 92801

_____
ITSS LLC d/b/a 7-24 Hours C Store
2401 West Lincoln Avenue, Suite D
Anaheim, CA 92801

f)  Subject to Defendants' compliance with the terms of this Consent Judgment, 7-Eleven will not challenge Defendants' use of "7-24 Hours" as the name of Defendants' convenience store, located at 2401 West Lincoln Avenue, Suite D, Anaheim, California 92801;

g)  This is a final judgment, and the parties waive all right to appeal from such final judgment;

h)  The Court will retain jurisdiction over this Consent Judgment for the purpose of enforcing it and resolving any disputes arising under it; and

i)  Any violation of this Consent Judgment may be punishable as a contempt of Court, in addition to any and all other remedies available at law or in equity.

Signed this _____ day of _____, 2016.

_____
United States District Judge

**AGREED AND ENTRY REQUESTED:**

/s/Howard A. Kroll
Stephen P. Meleen *(admitted pro hac vice)*
Elizabeth Stafki *(admitted pro hac vice)*
PIRKEY BARBER PLLC
600 Congress Avenue, Suite 2120
Austin, TX 78701
Telephone: (512) 322-5200
Facsimile: (512) 322-5201
smeleen@pirkeybarber.com
estafki@pirkeybarber.com

Howard A. Kroll, #100981
TUCKER ELLIS LLP
515 South Flower Street, 42nd Floor
Los Angeles, CA 90071
Telephone: (213) 430-3365
Facsimile: (213) 430-3409
Howard.Kroll@tuckerellis.com

Attorneys for Plaintiff 7-Eleven, Inc.

Amro Mohammed Ahmed *(Pro Se)*
2401 West Lincoln Avenue, Suite D
Anaheim, CA 92801

Youlan He *(Pro Se)*
2401 West Lincoln Avenue, Suite D
Anaheim, CA 92801

ITSS LLC d/b/a 7-24 Hours C Store
2401 West Lincoln Avenue, Suite D
Anaheim, CA 92801